UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDOLPH FISHER,             No. C 12-5616 SI (pr)

    Petitioner,                 **JUDGMENT**

  v.

SAN FRANCISCO COUNTY JAIL; et al.,

    Respondents.
                                             /

    This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus after he exhausts state court remedies as to each claim contained in his new petition.

    IT IS SO ORDERED AND ADJUDGED.

DATED: November 6, 2012                         _Susan Illston_
                                                    SUSAN ILLSTON
                                          United States District Judge