UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH FISHER, | No. C 12-5616 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SAN FRANCISCO COUNTY JAIL; et al., | |
| Respondents. | |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus after he exhausts state court remedies as to each claim contained in his new petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 6, 2012

SUSAN ILLSTON
United States District Judge